UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR TURNER,

                     Plaintiff,

-against-

UFCW, LOCAL 888,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/13

12 Civ. 2648 (AT)(KNF)

**ORDER**

ANALISA TORRES, District Judge:

      Having received no objection to Magistrate Judge Fox's September 17, 2013 report and recommendation, the Court reviewed the recommendation and found no "clear error on the face of the record." *Walker v. Vaughn*, 216 F.Supp.2d 290, 292 (S.D.N.Y. 2002) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks omitted). Accordingly, the Court accepts and adopts the thorough and well-reasoned report and recommendation and GRANTS Defendant UFCW's motion to dismiss.

      The Clerk of the Court is directed to enter judgment accordingly and to terminate the motion at ECF Docket No. 34. The Clerk of the Court is further directed to mail to *pro se* Plaintiff a copy of this order and to close the case.

      SO ORDERED.

Dated: October 17, 2013
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge